IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | 1:16CR238-1 |
| DORA MARITZA VELASQUEZ-FLORES | : | ORDER OF DISMISSAL |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Middle District of North Carolina hereby dismisses the Indictment, which was filed on July 25, 2016, against DORA MARITZA VELASQUEZ-FLORES.

This the 18th day of January, 2017.

Respectfully submitted,

RIPLEY RAND
UNITED STATES ATTORNEY

FRANK J. CHUT, JR.
NCSB # 17696
Assistant United States Attorney
United States Attorney's Office
Middle District of North Carolina
101 S. Edgeworth St., 4th Floor
Greensboro, NC 27402
Phone: 336/333-5351

Leave of Court is granted for the filing of the foregoing dismissal.

Senior UNITED STATES DISTRICT JUDGE

Date: 1/19/2017